UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------------
**RAMADA WORLDWIDE INC.,**

       **Plaintiff**     Civ. No. 11-4559 (KSH) (PS)

  vs.

                                               **FINAL JUDGMENT BY DEFAULT**

**PLAN BE DEVELOPMENT, LLC, et al.,**

       **Defendants.**
-------------------------------------------------------------------

This matter having been opened to the Court by plaintiff, Ramada Worldwide Inc. ("RWI") by its attorneys, Clyde & Co. US LLP, seeking the entry of Final Judgment by Default against defendants, Plan B Development, LLC and Ben Errez (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on August 5, 2011, seeking damages as a result of the breach of a license agreement between RWI and Plan B Development, LLC, and service of a copy of the Summons and Complaint having been effectuated with respect to Defendants by serving them via certified and regular mail on September 26, 2011; and it appearing that default was duly noted by the Clerk of the Court against Defendants on November 1, 2011; and the Court having reviewed plaintiff's submissions, including the certifications and attachments attesting to the damages, fees, and costs; and good cause appearing;

It is on this 18th day of January, 2012,

**ORDERED, ADJUDGED, and DECREED** that RWI have judgment against Defendants, jointly and severally, in the total amount of $273,900.51 comprised of the following:

    a)  $268,084.59 for liquidated damages (principal plus prejudgment interest); and

    b)  $5,815.92 for attorneys' fees and costs.

                                                 /s/ Katharine S. Hayden
                                                 Katharine S. Hayden, U.S.D.J